**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**UNITED STATES OF AMERICA,**

     **Plaintiff,**          **NOTICE**
**v.**                 **Case No. 2:21-CR-22**
                  **JUDGE SARGUS, JR.**

**ROBERT W. WALTON, JR.,**
        **Defendant.**


   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court     **GoToMeeting**
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard      **March 24, 2021 at 11:00 a.m.**
    Columbus, Ohio 43215


TYPE OF PROCEEDING: **Arraignment on Indictment**


If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.


            **EDMUND A. SARGUS, JR.**
            **UNITED STATES DISTRICT JUDGE**

DATE: March 1, 2021


             /s / Christin M. Werner
            (By) Christin M. Werner, Deputy Clerk