# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:21-cr-00022-EAS |
| Plaintiff, | : | (Judge Edmund A. Sargus) |
| vs. | : | |
| **ROBERT W. WALTON, JR.** | : | **UNOPPOSED MOTION TO WITHDRAW** |
| Defendant. | : | |

Comes now undersigned, pursuant to Rule 83.4(c)(2) and with consent of client, Robert Walton, and does hereby move this Court for leave to withdraw as counsel of record. Counsel has spoken with AUSA Peter Glenn-Applegate, who does not oppose.

Further, that co-counsel in this matter, J. Nathan Miller, who files a separate Notice of Withdrawal pursuant to rules 83.4(d) and 83.4(c)(2), also be withdrawn as counsel of record.

Grounds for withdrawal are the Mr. Walton has failed substantially to fulfill necessary financial obligations, and that continued representation would result in an undue burden on counsel of record. Supporting affidavit attached as Exhibit A.

Lastly, undersigned requests that Mr. Walton be appointed CJA counsel.

Respectfully Submitted,

*/s/ Joseph B. Suhre, IV*
*Lead Counsel for Mr. Walton*
Suhre & Associates, LLC
600 Vine St., Ste. 1004
Cincinnati, OH 45202
Tel: 513.333.0014
Fax: 513.333.0032
E-mail: jsuhre@suhrelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2021, a true and genuine copy of the foregoing MOTION was served by electronic mail via the Court's CM/ECF system, which will serve a copy on all counsel of record, including AUSA Peter Glenn-Applegate. A copy was also served on Defendant, Robert Walton, by e-mail and U.S. mail.

                                                */s/ Joseph B. Suhre, IV*
                                                Joseph B. Suhre, IV
                                                *Lead Counsel for Mr. Walton*