UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:21-cr-00022-EAS |
| Plaintiff, | : | (Judge Edmund A. Sargus) |
| vs. | : | |
| **ROBERT W. WALTON, JR.** | : | |
| Defendant. | : | |

### AFFIDAVIT OF JOSEPH B. SUHRE, IV

Comes now the affiant, Joseph B. Suhre, IV, after first being duly sworn, and for his Affidavit herein states as follows:

1. My name is Joseph B. Suhre, IV, lead counsel in the above-referenced matter and principal attorney of the firm of Suhre & Associates, LLC.

2. That despite multiple requests and extensions, Mr. Walton has failed to meet his financial obligations for continued representation.

3. That continued representation would present an undue hardship for myself, as well as co-counsel, J. Nathan Miller.

4. That Mr. Walton consents to our withdrawal.

5. By signing this Affidavit, I certify that the information contained herein is true.

Dated this  22nd  day of April, 2021.

JOSEPH B. SUHRE, IV (AFFIANT)

*(notary section on following page)*

1

\*\*\* NOTARY SECTION \*\*\*

STATE OF  Ohio )
COUNTY OF  Hamilton )

Subscribed/sworn to before me by  Joseph B Suhre, IV  on April 22, 2021.
(affiant's name – Joseph B. Suhre, IV)

____Danielle Holscher____          ____12/10/2024____
Notary Public's name                    My Commission Expires

_____
Notary number/I.D.                         [affix seal here]

C DANIELLE HOLSCHER
Notary Public, State of Ohio
My Commission Expires 12-10-2024

2