## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:21-cr-00022-EAS |
| | : | |
| Plaintiff, | : | (Judge Edmund A. Sargus) |
| | : | |
| vs. | : | |
| | : | **NOTICE OF WITHDRAWAL** |
| **ROBERT W. WALTON, JR.** | : | |
| | : | |
| Defendant. | : | |

Comes now undersigned, pursuant to rules 83.4(d) & 83.4(c)(2), with the consent of Mr. Walton, and hereby gives notice of his intent to withdraw as co-counsel in this matter. Counsel has spoken with AUSA Pete Glenn-Applegate, who does not oppose.

This Notice is signed by lead/trial attorney Joe Suhre, who has filed an accompanying Motion to Withdraw and Affidavit in support.

Respectfully Submitted,

*/s/ J. Nathan Miller (pro hac vice)*
Co-*Counsel for Mr. Walton*
Suhre & Associates, LLC
214 S. Clay St., Ste. A
Louisville, KY 40202
Tel: 502.371.7000
Fax: 513.333.0032
E-mail: nmiller@suhrelaw.com

SIGNED BY:

*/s/ Joseph B. Suhre, IV*
*Lead Counsel for Mr. Walton*
Suhre & Associates, LLC
600 Vine St., Ste. 1004
Cincinnati, OH 45202
Tel: 513.333.0014
Fax: 513.333.0032
E-mail: jsuhre@suhrelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, a true and genuine copy of the foregoing NOTICE was served by electronic mail via the Court's CM/ECF system, which will serve a copy on all counsel of record, including AUSA Peter Glenn-Applegate. A copy was also served on Defendant, Robert Walton, by e-mail and U.S. mail.

                                            <u>/s/ J. Nathan Miller</u>
                                            J. Nathan Miller
                                            *Co-Counsel for Mr. Walton*