# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:21-cr-00022-EAS |
| Plaintiff, | : | (Judge Edmund A. Sargus) |
| vs. | : | |
| **ROBERT W. WALTON, JR.** | : | |
| Defendant. | : | |

## ORDER

This matter being before the Court and for good cause show, it is ORDERED that the Motion to Withdraw is GRANTED and Joseph B. Suhre, IV, is withdrawn as counsel of record; further, that this Court takes notice of J. Nathan Miller's withdrawal as co-counsel of record, and likewise relieves him of all further duties.

DATE: _____

_____
HON. EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Tendered by:

*/s/ Joseph B. Suhre*
Joseph B. Suhre
600 Vine St., Ste. 1004
Cincinnati, OH 45202